# United States Court of Appeals
## For the First Circuit

No. 23-1842

UNITED STATES,

Appellee,

v.

SHAIQUAN MORAN-STENSON, a/k/a Shaiquan Moran-Stetson, a/k/a
Fabio, a/k/a Q,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on August 22, 2023, is amended as follows:

On page 4, line 4, replace "based" with "base"